UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HAGERTY GROUP, LLC,

    Plaintiff,

v.

    Case No. 1:24-cv-1183

JOHN DOE,

    HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## STATUS REPORT ORDER

Plaintiff initiated this lawsuit on November 7, 2024, by filing a complaint alleging a claim of cybersquatting against Defendant John Doe. Plaintiff amended its complaint the same day and filed a motion for expedited discovery to identify the proper parties to this lawsuit. The motion was granted on November 14, 2024. To date, nothing further has been filed. Plaintiff shall file a status report detailing the status of discovery by **January 30, 2025**.

    **IT IS SO ORDERED**.

Dated: January 16, 2025                              /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge