# Exhibit 1

| IP Office | Literal Element | Application Number | Registration Number | Class. Numbers | Class. Descriptions |
|---|---|---|---|---|---|
| United States (USPTO) | HAGERTY MARKETPLACE | 98150819 | | 35, 36 | 035 - Providing a website for connecting sellers with buyers and other interested parties featuring automobiles, antique and collectible articles, namely, motor vehicles; Providing a website featuring on-line classified advertisements featuring automobiles, antique and collectible articles, namely, motor vehicles; Providing a website featuring a digital garage and repository for information regarding automobiles, antique and collectible articles, namely, motor vehicles for advertising purposes; Providing a website featuring auction services; on-line auction services; on-line retail store services featuring automobiles, antique and collectible articles, namely, motor vehicles; providing business and consumer information for the purpose of valuation, advertising, competition, stocking, inventory and pricing in the field of antique and collectible automobiles and motor vehicles; operating an online marketplace for buyers and sellers of automobiles, motor vehicles, and related antique and collectible articles

036 - Appraisal services for others for automobiles, motor vehicles, antique and collectible articles and other valuable property, namely, motor vehicles; financial services, namely, providing temporary loans to others relating to the purchase of motor vehicles, antique and collectible articles and other valuable property, namely, motor vehicles; |
| United States (USPTO) | HAGERTY DRIVERS CLUB | 87786963 | 5846327 | 16, 35, 36, 41 | 016 - Printed products, namely, guides, magazines, and pamphlets featuring information on topics relating to motor vehicle and boat collection

035 - Club services, namely, promoting the interests of motor vehicle and boat collectors; providing an on-line computer database featuring trade information in the field of motor vehicles that permits users to research, track, and compare the value of vehicles

036 - Insurance services, namely, insurance underwriting and administration of insurance for motor vehicles, marine vehicles, and collectable items; insurance information, namely, providing online information on insurance underwriting and insurance risk quotes; insurance services, namely, motor vehicle insurance administration; financing services relating to motor vehicles; providing financial information about motor vehicle and boat collecting for investment purposes via a global computer network; providing information on vehicles for sale via a global communications network, namely, vehicle valuations |
| United States (USPTO) | HAGERTY DRIVERS CLUB | 87823027 | 5892104 | 16, 35 | 016 - Printed products, namely, guides, magazines, and pamphlets featuring information on topics relating to motor vehicle and boat collection

035 - Club services, namely, promoting the interests of motor vehicle and boat collectors; Providing a website featuring information regarding the |
| United States (USPTO) | HAGERTY DRIVERS CLUB | 87823021 | 5892103 | 16, 35 | 016 - Printed products, namely, guides, magazines, and pamphlets featuring information on topics relating to motor vehicle and boat collection

035 - Club services, namely, promoting the interests of motor vehicle and boat collectors; Providing a website featuring information regarding the |
| United States (USPTO) | HAGERTY | 87333646 | 5934824 | 21, 25 | 021 - Coasters, not of paper or textile; Decanters; Mugs; Whisky glasses

035 - Club services, namely, promoting the interests of motor vehicle and |
| United Kingdom (UKIPO) | THE SHOP... ASSEMBLED BY HAGERTY | UK00915769656 | UK00915769656 | 35 | 035 - On-line retail store services relating to apparel, merchandise, houseware and accessories, namely, cosmetics, nail polish, note cards, cards, invitation cards, occasion cards, greetings cards, printed matter, paper and cardboard, stationery, artists' materials, notebooks, notebook covers, posters, ornamental figurines, ornamental magnets, Christmas tree ornaments, jewellery ornaments, models [ornaments], stone ornaments, sculptures, figurines, bags, travelling bags, cosmetic bags, mugs, flasks, insulating flasks, drinking flasks, coasters (tableware), paper coasters, leather coasters, coasters of cardboard, glassware, glass cups, drinking glasses, towels, hand towels, beach towels, bathroom towels, tea towels, towels [textile], clothing, headgear, t-shirts, jackets, hats, ties, pocket squares, cufflinks; On-line retail gift shop services relating to cosmetics, nail polish, note cards, cards, invitation cards, occasion cards, greetings cards, printed matter, paper and cardboard, stationery, artists' materials, notebooks, notebook covers, posters, ornamental figurines, ornamental magnets, Christmas tree ornaments, jewellery ornaments, models [ornaments], stone ornaments, sculptures, figurines, bags, travelling bags, cosmetic bags, mugs, flasks, insulating flasks, drinking flasks, coasters (tableware), paper coasters, leather coasters, coasters of cardboard, glassware, glass cups, drinking glasses, towels, hand towels, beach towels, bathroom towels, tea towels, towels [textile], clothing, |
| United States (USPTO) | HAGERTY GARAGE + SOCIAL | 88841571 | 6487271 | 35, 39 | 035 - Club services, namely, promoting the interests of motor vehicle collectors |
| United States (USPTO) | THE SHOP BY HAGERTY | 90091637 | 6505425 | 35 | 035 - On-line retail store services featuring apparel, merchandise, housewares and accessories, namely, merchandise in the field of collector vehicles and boats, baseball caps, men's dress ties and pocket squares, cufflinks, nail polish, cosmetic bags, tote bags, jewelry trays, necklaces, books, notebooks, note cards, holiday cards, Christmas tree ornaments, decanters, cocktail glasses, tumblers for use as drinking glasses, coasters, lunchboxes, poker sets, wall signage, posters, beach towels, roadside assistance kits, and gift cards; On-line retail gift shops featuring general consumer merchandise in the field of collector vehicles and boats, baseball caps, men's dress ties, cufflinks, nail polish, cosmetic bags, notebooks, note cards, holiday cards, Christmas tree ornaments, decanters, cocktail glasses, tumblers for use as drinking glasses, coasters, |
| United States (USPTO) | HAGERTY DRIVESHARE | 90112537 | 6696442 | 9, 42 | 009 - Downloadable computer application software for mobile phones, namely, software for facilitating the rental of automobiles

042 - Providing temporary use of on-line non-downloadable software for |
| United States (USPTO) | HAGERTY DAWN PATROL 2007 | 77334097 | 3453596 | 35 | 035 - Advertising and promotional services |
| United States (USPTO) | HAGERTY CARS & CAFFEINE | 97068515 | 6989097 | 35 | 035 - Club services, namely, promoting the interests of automobile, motorcycle, and boat enthusiasts |
| United States (USPTO) | HAGERTY DIGITAL LABS | 97526069 | 7228193 | 42 | 042 - Product research and development services, namely, design and development of computer software applications for use in social networking for drivers and use in customer communications with insurance agents for building usage-based insurance products for |

| | | | | | |
|---|---|---|---|---|---|
| United States (USPTO) | HAGERTY | 77598164 | 3724455 | 16, 35, 36, 41 | 016 - Printed products, namely, guides, magazines, and pamphlets featuring information on topics relating to motor vehicle and boat collection |
| | | | | | 035 - Club services, namely, promoting the interests of motor vehicle and boat collecting |
| | | | | | 036 - Insurance services, namely, insurance underwriting and administration services in the fields of motor vehicle, marine, and collectable items; providing online information on insurance underwriting and insurance risk quotes; insurance services, namely, motor vehicle insurance services, which covers emergency roadside assistance for policyholders; financing services relating to motor vehicles; providing information about motor vehicle and boat collecting for investment purposes via a global computer network |
| United States (USPTO) | HAGERTY DRIVING EXPERIENCE | 85554569 | 4217642 | 41 | 041 - Education and entertainment services, namely, providing a program featuring training in driving collector vehicles; education |
| United States (USPTO) | HAGERTY VALUATION TOOLS | 85554591 | 4236758 | 35 | 035 - Providing a website featuring information regarding the value of vehicles; providing an interactive database that permits users to research, |
| United States (USPTO) | HAGERTY CLASSIC INSURANCE | 75886565 | 2414043 | 36 | 036 - insurance services, namely, automobile insurance underwriting |
| United States (USPTO) | HAGERTY COLLECTOR CAR INSURANCE | 78418257 | 3103048 | 36 | 036 - Insurance services, namely collector automobile insurance |
| United States (USPTO) | THE HAGERTY GROUP | 78403261 | 3240367 | 36 | 036 - Insurance consulting in the field of automobile insurance underwriting for insurance companies, agencies and other businesses |
| United States (USPTO) | HAGERTY COLLECTOR CAR & BOAT INSURANCE | 78418709 | 3125672 | 36 | 036 - Insurance services, namely, collector car and boat insurance |
| United States (USPTO) | HAGERTY +PLUS | 77545709 | 3753681 | 35, 39 | 035 - Club services, namely, promoting the interests of automobile collectors |
| United States (USPTO) | HAGERTY.  THE FUTURE OF INSURANCE FOR CARS OF THE PAST. | 78056802 | 2570261 | 36 | 036 - Insurance services namely automobile insurance underwriting |
| United States (USPTO) | HAGERTY'S THE VOICE OF THE COLLECTOR CAR COMMUNITY | 77363295 | 3504280 | 16 | 016 - Magazines featuring automobile collecting |
| United States (USPTO) | HAGERTY MARKETING SERVICES | 78404582 | | 35 | 035 - Marketing consulting services for collector car and wooden boat insurance products and services, collector car aftermarket products and services, and wooden boat insurance products and services, namely |
| United States (USPTO) | HAGERTY COLLECTOR BOAT INSURANCE | 78417499 | 3116001 | 36 | 036 - Insurance services, namely collector boat insurance |
| United States (USPTO) | HAGERTY CLASSIC INSURANCE | 75886566 | 2414044 | 36 | 036 - Insurance services, namely, automobile insurance underwriting |
| United States (USPTO) | HAGERTY TOTAL PROTECTION | 78461192 | 3031754 | 36 | 036 - Insurance services namely collector automobile insurance |